# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| MAURICE MARTIN LOE,<br><br>    Appellant,<br><br>v.<br><br>VICTOR K. MBOMA,<br><br>    Appellee. | Civil Action No. TDC-19-1344 |

## ORDER

On May 1, 2019, Appellant Maurice Martin Loe filed a Notice of Appeal from Bankruptcy Court. ECF No. 1. Federal Rule of Bankruptcy Procedure 8009(a)(1)(B) requires that an appellant "file and serve the designation and statement" within 14 days after the Notice of Appeal becomes effective. To date, Loe has not filed the required designation and statement.

Accordingly, it is hereby ORDERED that within 10 days, Loe must submit the designation and statement to the Court and must also submit a statement explaining his delay in filing those documents. If Loe fails to do so, his case may be dismissed without further notice.

Date: May 17, 2019

                                                                                 /s/<br>
                                          THEODORE D. CHUANG<br>
                                          United States District Judge